PROB 12C
(6/16)

Report Date: October 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Mark Anthony Jarvey | | Case Number: 0980 4:20CR06025-SMJ-1 |
| Address of Offender: | Kennewick, Washington 99336 | |
| Name of Sentencing Judicial Officer: | The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: March 4, 2021 | | |
| Original Offense: | Failure to Register as a Sexual Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 168 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 27, 2021) | Prison - 3 months<br>TSR- 33 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: July 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: April 28, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mark Anthony Jarvey is considered to be in violation of his term of supervised release by using a controlled substance, methamphetamine, on or about September 13, 2021; October 10, 2021; and October 16, 2021.<br><br>On August 2, 2021, all the conditions of supervision were reviewed with Mr. Jarvey, which he signed acknowledging a full understanding, to include special condition number 2, as noted above. Mr. Jarvey was referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and to participate in the color line for random urinalysis testing. |

Prob12C
**Re: Jarvey, Mark Anthony**
**October 22, 2021**
**Page 2**

On October 12, 2021, Mr. Jarvey's Merit counselor contacted the undersigned officer to report Mr. Jarvey was instructed to complete a drug test. Mr. Jarvey completed the drug test and the onsite test results were positive for methamphetamine. Mr. Jarvey then admitted to the Merit counselor he used methamphetamine the night before with a roommate. The Merit counselor reported Mr. Jarvey signed a drug use admission form; therefore, the drug test was not sent to the laboratory. That same day, the undersigned officer made telephonic contact with Mr. Jarvey, who admitted to the undersigned officer to using methamphetamine on or about October 10, 2021.

On October 15, 2021, the undersigned officer became aware Mr. Jarvey completed a drug test at Merit on September 13, 2021, as his assigned color had been called that day. This drug test was positive for methamphetamine and Merit sent the drug test to the laboratory for confirmation. The probation office received the laboratory report dated October 2, 2021, on October 18, 2021, confirming the positive result for methamphetamine. On October 20, 2021, the undersigned officer made telephonic contact with Mr. Jarvey, who reported he had not reported this drug use to the undersigned officer because he thought this officer already knew. Mr. Jarvey admitted to using methamphetamine when asked.

On October 19, 2021, Merit reported to the undersigned officer Mr. Jarvey reported to Merit for drug testing as his assigned color was called on October 18, 2021. However, Mr. Jarvey reported to Merit close to the end of the business day, was unable to provide a specimen for drug testing, and Merit staff instructed Mr. Jarvey to contact the undersigned officer.

On October 19, 2021, the undersigned officer made telephonic contact with Mr. Jarvey, as he had not contacted the undersigned officer to discuss why he reported to Merit so close to the end of business day and why he did not complete the drug test. Mr. Jarvey stated he called the color line later in the day and was not able to secure transportation sooner. Mr. Jarvey did not report any drug use during this contact. Later that same day, the Merit counselor reported Mr. Jarvey was at Merit for an individual session and Mr. Jarvey was instructed to complete a drug test. Mr. Jarvey was again unable to complete a drug test and admitted to using methamphetamine on or about October 16, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 22, 2021 |
|---|---|
| | s/Elizabeth lee |
| | Elizabeth Lee
U.S. Probation Officer |

Prob12C
**Re: Jarvey, Mark Anthony**
**October 22, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____10/26/2021_____
Date