PROB 12C
(6/16)

Report Date: May 4, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Mark Anthony Jarvey | Case Number: | 0980 4:20CR06025-SMJ-1 |

Last Known Address of Offender: ▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 4, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sexual Offender, 18 U.S.C. § 2250 | | |
| Original Sentence: | Prison - 168 days<br>TSR - 60 days | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 27, 2021) | Prison-3 months<br>TSR- 33 months | | |
| Asst. U.S. Attorney: | Matthew A. Stone | Date Supervision Commenced: | July 29, 2021 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | April 28, 2024 |

### PETITIONING THE COURT

To issue a **warrant**.

On August 2, 2021, all the conditions of supervision were reviewed with Mr. Jarvey, which he signed acknowledging a full understanding. Mr. Jarvey was provided with a signed copy of his conditions of supervised release. Mr. Jarvey was referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and to participate in the color line for random urinalysis testing.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mark Anthony Jarvey is considered to be in violation of his term of supervised release by failing to comply with substance abuse treatment on or about April 26, 2022. |

Prob12C
**Re: Jarvey, Mark Anthony**
**May 4, 2022**
**Page 2**

On May 3, 2022, Merit staff reported Mr. Jarvey last attended a scheduled substance abuse treatment session on April 26, 2022. Merit staff have attempted to make telephonic contact with Mr. Jarvey and mailed him a 5-day warning letter instructing him to make contact with Merit to avoid his file being closed, in an attempt to re-engage the defendant into treatment services. To date, Mr. Jarvey has been unresponsive to Merit's attempts to contact him and he has not made contact with Merit to re-engage in substance abuse treatment.

2  **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mark Anthony Jarvey is considered to be in violation of his term of supervised release by not reporting a change in address to the probation officer as required on or before April 29, 2022.

On May 2, 2022, the undersigned officer became aware that Mr. Jarvey was not residing at his approved address at 526 West 1st Avenue in Kennewick, Washington. The house manager of where Mr. Jarvey was last known to reside reported Mr. Jarvey had not been at the house since last week on Thursday or Friday, on or before April 29, 2022. The house manager reported he did not know Mr. Jarvey's whereabouts and Mr. Jarvey was not responding to phone calls. Mr. Jarvey did not report a change in address as required.

3  **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mark Anthony Jarvey is considered to be in violation of his term of supervised release by failing to report to the probation office as instructed on or about May 3, 2022.

On May 2, 2022, the undersigned officer called Mr. Jarvey and the call went straight to voice mail. The undersigned officer left Mr. Jarvey a voice message instructing him to report to the probation office on May 3, 2022, by 2 p.m. The undersigned officer also sent Mr. Jarvey a text message with the reporting instructions. On May 3, 2022, Mr. Jarvey did not report to the probation office as instructed and has not responded to the undersigned officer's phone calls or text message. Mr. Jarvey's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 4, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Jarvey, Mark Anthony**
**May 4, 2022**
**Page 3**

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____05/04/2022_____
Date